IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Teresa Huggins, | ) | C/A No. 3:16-3391-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| South Carolina Vocational Rehabilitation Department, | ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff, Teresa Huggins, filed this civil action in October 2016. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On October 14, 2016, the court issued a Scheduling Order in this matter that set a dispositive motions deadline of May 30, 2017. (ECF No. 5.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **June 7, 2017** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

_____
May 31, 2017                              Paige J. Gossett
Columbia, South Carolina          UNITED STATES MAGISTRATE JUDGE